# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

May 23, 2022

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

> Re: *Gomez v. K.E.S. Construction Co.*, 21 Civ. 7524 (PAE) (SLC)
> (Letter-Motion re: Sett. in Principle, Adjournment of Dates)

Dear Judge Cave:

The Parties in the above-referenced matter have reached a settlement in principle. Accordingly, the Parties respectfully request that the settlement conference scheduled for 10:00 a.m. on May 24, 2022, be adjourned *sine die*.

Although the Parties have agreed in principle to the main terms of their settlement, they are still finalizing some remaining terms. To give them sufficient time to do this, the Parties respectfully request that the Court allow them to submit their settlement-related papers by June 30, 2022.

We thank the Court for its time and attention to this matter and are available to answer the Court's questions if necessary.

Respectfully submitted,

Gianfranco J. Cuadra

cc: Counsel for Defendants (via ECF)

---

The parties' request at ECF No. 35 is GRANTED, and the settlement conference scheduled for Tuesday, May 24, 2022 at 10:00 am is CANCELLED. By **June 30, 2022**, the parties shall submit their settlement agreement for the attention of the Honorable Paul A. Engelmayer for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

The Clerk of Court is respectfully directed to close ECF No. 35.

SO ORDERED    5/23/2022

SARAH L. CAVE
United States Magistrate Judge