UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FAUSTINO GOMEZ, RAFAEL VILLEGAS, and
LUIS RODRIGUEZ,

                         Plaintiffs,                    21 Civ. 7524 (PAE)(SLC)

      -against-

K.E.S. CONSTRUCTION CO., INC. and ABBAS G.      PLAINTIFFS' NOTICE OF
MALIK,                                                      ACCEPTANCE OF OFFER
                                                             OF JUDGMENT

                        Defendants.
------------------------------------------------------------------- X

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Plaintiffs Faustino Gomez, Rafael Villegas, and Luis Rodriguez accept Defendants' offer of judgment dated June 29, 2022. A copy of Defendants' Rule 68 Offer of Judgment is attached as Exhibit A.

Dated: New York, New York
        June 29, 2022

                                              PECHMAN LAW GROUP PLLC

                                              By:_____
                                                Louis Pechman
                                                Gianfranco J. Cuadra
                                                488 Madison Avenue, 17th Floor
                                                New York, New York 10022
                                                Tel.: (212) 583-9500
                                                pechman@pechmanlaw.com
                                                cuadra@pechmanlaw.com
                                                *Attorneys for Plaintiffs*

TO:  Joseph J. McMahon, Esq.
       Meng Michelle Cheng, Esq.
       Zisholtz & Zisholtz, LLP
       200 Garden City Plaza, Suite 408
       Garden City, New York 11530
       Tel.: (516) 741-2200
       joem@zzllp.com
       michelle@zzllp.com
       *Attorneys for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FAUSTINO GOMEZ, RAFAEL VILLEGAS, and : 
LUIS RODRIGUEZ, :
 :
                         Plaintiffs, : **21 Civ. 7524 (PAE)(SLC)**
 :
      -against- :
 :
K.E.S. CONSTRUCTION CO., INC. and ABBAS G. : **OFFER OF JUDGMENT**
MALIK, :
 :
                         Defendants. :
------------------------------------------------------------------- X

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), defendants K.E.S. Construction Co., Inc. and Abbas G. Malik (collectively, "Defendants"), by their attorney Zisholtz & Zisholtz, LLP, hereby offer to allow judgment in this action to be taken against them, jointly and severally, in favor of plaintiffs Faustino Gomez, Rafael Villegas, and Luis Rodriguez (collectively, "Plaintiffs") in the sum of one hundred fifty thousand dollars and zero cents ($150,000) in full and final resolution of all of Plaintiffs' claims against Defendants for unpaid wages, liquidated damages, statutory damages, interests, costs, fees, reasonable attorneys' fees and costs, and all other expenses arising out of or otherwise related to the facts and transactions alleged in the above-captioned action. If Plaintiffs accept this Offer of Judgment, Defendants shall pay the sum of $150,000 to them and to their attorneys within seven (7) calendar days of the filing of their acceptance of this Offer of Judgment. Defendants shall not make any other or further payments to either Plaintiff or to their attorneys.

This Offer of Judgment is made for the purposes specified in Rule 68, and neither this Offer of Judgment nor any judgment that may result from it can be construed as an admission of liability on the part of Defendants, or any of them, or that Plaintiffs have suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendants from any and all claims that were or could have been alleged by Plaintiffs in this action, including any and all claims under the New York labor Law and Fair Labor Standards Act, and will act to dismiss with prejudice all claims raised by the Plaintiffs in this Action. Pursuant to Rule 68, this Offer of Judgment shall be deemed withdrawn unless Plaintiffs serve written notice of their acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: New York, New York
June 29, 2022

ZISHOLTZ & ZISHOLTZ, LLP

By: /s/ *Joseph J. McMahon*
Joseph J. McMahon, Esq.
Meng Michelle Cheng, Esq.
200 Garden City Plaza, Suite 408
Garden City, New York 11530
Tel.: (516) 741-2200
joem@zzllp.com
michelle@zzllp.com
*Attorneys for Defendants*

2

TO: Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq.
Pechman Law Group PLLC
488 Madison Avenue, 17th Fllor
New York, NY 10022
Tel.: (212) 583-9500
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FAUSTINO GOMEZ, RAFAEL VILLEGAS, and :
LUIS RODRIGUEZ, :
 :
                Plaintiffs, : **21 Civ. 7524 (PAE)(SLC)**
 :
   -against- :
 :
K.E.S. CONSTRUCTION CO., INC. and ABBAS G. : **AFFIRMATION OF**
MALIK, : **SERVICE**
 :
               Defendants. :
------------------------------------------------------------------- X

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

      Meng M. Cheng, an attorney admitted to practice before the courts of the State of New York and the Southern District of New York, affirms on penalties of perjury that:

      On June 29, 2022, I served Defendants' Rule 68 Offer of Judgment in the above-referenced matter by email to the following designated attorneys for Plaintiffs authorized to accept service:

Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq.
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, NY 10022
pechman@pechmanlaw.com
cuadra@pechmanlaw.com
*Attorneys for Plaintiffs*

                                                                         /s/ *Meng M. Cheng*
                                                                      Meng M. Cheng

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FAUSTINO GOMEZ, RAFAEL VILLEGAS, and
LUIS RODRIGUEZ,

                           Plaintiffs,

           -against-

K.E.S. CONSTRUCTION CO., INC. and ABBAS G.
MALIK,

                          Defendants.
------------------------------------------------------------------- X

21 Civ. 7524 (PAE)(SLC)

**AFFIDAVIT OF SERVICE OF PLAINTIFFS' ACCEPTANCE OF OFFER OF JUDGMENT**

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

       Gianfranco J. Cuadra, an attorney admitted to practice before the courts of the State of New York and the Southern District of New York, being duly sworn, deposes and says:

       I am over 18 years of age, reside in Kings County, New York, and am not a party to this action.

       On June 29, 2022, I served Plaintiffs' Acceptance of Defendants' Rule 68 Offer of Judgment in the above-referenced matter by email and ECF to the following designated attorney for Defendants who is authorized to accept service on their behalf:

Joseph J. McMahon, Esq.
Meng Michelle Cheng, Esq.
200 Garden City Plaza, Suite 408
Garden City, New York 11530
Tel.: (516) 741-2200
joem@zzllp.com
stu@zzllp.com
*Attorneys for Defendants*

       I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

                                                              Gianfranco J. Cuadra