UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
FAUSTINO GOMEZ, RAFAEL VILLEGAS, and
LUIS RODRIGUEZ,

                                Plaintiffs,                      **21 Civ. 7524 (PAE)(SLC)**

       -against-

K.E.S. CONSTRUCTION CO., INC. and ABBAS G.          **JUDGMENT**
MALIK,

                                Defendants.
------------------------------------------------------------------------ X

     The Court orders that:

     WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants K.E.S. Construction Co., Inc. and Abbas G. Malik (collectively "Defendants"), having offered to allow Plaintiffs Faustino Gomez, Rafael Villegas, and Luis Rodriguez to take a judgment against them in the total amount of one hundred fifty thousand dollars and zero cents ($150,000), inclusive of attorneys' fees and costs, as set forth in the Exhibit "A" of the Plaintiff's Acceptance of Defendants' Offer of Judgment (ECF No. 37).

     IT IS ORDERED AND ADJUDGED, that judgment is entered in favor of the Plaintiffs against Defendants in the amount of one hundred fifty thousand dollars and zero cents ($150,000.00), and the clerk is directed to close the case.

Dated:  New York, New York
          June 30, 2022

                                                        */s/ Paul A. Engelmayer*
                                                     **Paul A. Engelmayer**
                                                     United States District Judge
                                                   Southern District of New York